DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COURTNAY MONTGOMERY,**
Appellant,

v.

**GUARDIANSHIP OF MARY MONTGOMERY,**
Appellee.

No. 4D17-1369

[November 9, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 2016GA000001XXXXNB.

Jennifer S. Carroll of Law Offices of Jennifer S. Carroll, P.A., Palm Beach Gardens, for appellant.

Philip M. Burlington and Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, Edward Downey and R. Lee McElroy, IV of Downey McElroy, P.A., Palm Beach Gardens, Mitchell I. Kitroser, Kathryn Lewis Perrin and Preston Mighdoll of Kitroser & Associates, North Palm Beach, and Joseph John Farina and Duane Pinnock of Boyes, Farina & Matwiczyk, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***